JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas E Andrews, et al, | SACV 21-00787JVS(DFMx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| Mathew J Michalski, et al, | |
| Defendants. | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on March 29, 2022, and no response to the Order to Show Cause having been filed, and no proof of service having been filed in this action,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: April 27, 2022

_____
James V. Selna
United States District Judge